**Motion Granted; Order filed December 29, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00734-CV
_____

**NAVIDEA BIOPHARMACEUTICALS, INC. AND MACROPHAGE THERAPEUTICS, INC., Appellants**

**V.**

**CAPITAL ROYALTY PARTNERS II, L.P., CAPITAL ROYALTY PARTNERS II - PARALLEL FUND "A", L.P., AND PARALLEL INVESTMENT OPPORTUNITIES PARTNERS II, L.P., Appellees**

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-22242**

## ORDER

This is an accelerated appeal from an order granting a temporary injunction. Appellees have filed a motion for contempt and referral to the trial court alleging appellants have violated the temporary injunction. *See* Tex. R. App. P. 29.4. Appellants have responded to the motion. The parties have also filed replies in support of their positions.

Rule 29.4 provides that, while an appeal from an interlocutory order is pending, only the appellate court may enforce the order. *Id.* However, the rule also permits an appellate court to refer enforcement proceedings to the trial court. *Id.*

Accordingly, the motion is **GRANTED**. We refer this enforcement proceeding to the Judge of the 151st District Court to make findings and recommendations and report them to this court. The trial court shall file a supplemental clerk's record, containing the trial court's findings and recommendations on the enforcement motion, with the clerk of this court by **January 30, 2017**.


PER CURIAM


Panel consists of Justices Boyce, Busby, and Wise.